IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TONY J. PRICE                                                  PLAINTIFF

VS.                                    CIVIL ACTION NO.: 1:15-cv-00036-SA-DAS

GREG ELDER, AND THE CITY OF BALDWYN,
MISSISSIPPI                                            DEFENDANTS

AGREED ORDER OF DISMISSAL

THE PARTIES have agreed to and announce to the Court that all claims against Defendants, Greg Elder and the City of Baldwyn, Mississippi, have been resolved. All parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court orders that this action be fully dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all of the Plaintiff's claims in the above-titled action are hereby dismissed with prejudice against Defendants, Greg Elder and the City of Baldwyn, Mississippi, with the parties to bear their own costs. Pursuant to the agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the settlement agreement.

SO ORDERED AND ADJUDGED this the 27th day of March, 2017.

                                                               /s/ Sharion Aycock
                                                    UNITED STATES DISTRICT COURT JUDGE

AGREED AND APPROVED AS TO FORM BY:

*/s/ Jim D. Waide III.*                           */s/ Mark Fijman*
JIM D. WAIDE, III.                             MARK FIJMAN
RONNIE L. WOODRUFF                  GARY E. FRIEDMAN
WAIDE & ASSOCIATES, P.A.             PHELPS DUNBAR, LLP
P.O. BOX 1357                                 4270 I-55 NORTH, JACKSON MS 39201
TUPELO, MISSISSIPPI 38802            fijmanm@phelps.com
waide@waidelaw.com                    friedmag@phelps.com
**COUNSEL FOR PLAINTIFF**             **COUNSEL FOR DEFENDANTS**

PD.21192621.1